*William L. Clay,* for plaintiff in error.
*Sheppard & Dukes,* contra.

18833. BENTON BROTHERS DRAYAGE & STORAGE CO. v. WEEKS.

BELL, J. In this case, after a careful consideration of the entire record, this court is of the opinion that the evidence authorized the verdict found in favor of the plaintiff, and that no reversible error was committed in any of the court's rulings or instructions. The judgment refusing a new trial is therefore affirmed.

*Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*

DECIDED JANUARY 22, 1929.

*Henry McAleer, Lewis A. Mills,* for plaintiff in error.
*Edwin A. Cohen, Edwin J. Feiler,* contra.